UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 15-10167-GAO

UNITED STATES OF AMERICA,
v.
DOUGLAS PAIVA,
Defendant.

ORDER
January 25, 2016

O'TOOLE, D.J.

This action is a pro se appeal brought by Douglas Paiva appealing his conviction of two petty offenses in a bench trial before a magistrate judge. Construed broadly, Paiva claims that he was denied his Sixth Amendment right to trial by jury. Because there is no right to a trial de novo or to a jury trial for petty offenses, his conviction is affirmed.

Paiva was convicted of violating two ordinances at the Cape Cod National Seashore: driving an oversand vehicle without a license in violation of 36 C.F.R. § 7.67(a)(7) and possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). A violation of a regulation promulgated by the National Park Service carries a penalty of at most six months' imprisonment. See 18 U.S.C. 1865. Thus, all such offenses are petty and do not require a trial by jury. See, e.g., Lewis v. United States, 518 U.S. 322, 326 (1996). Indeed, Paiva was only fined in his initial citation and that fine was reduced following trial before the magistrate judge.

The judgment is AFFIRMED. The defendant/appellant is directed to pay the sum assessed forthwith.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge